# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GERALD RAY DUBOSE**                                                                          **PLAINTIFF**

V.                                              **4:21CV00258 JM**

**DANIEL ALLEN EVANS**                                                                      **DEFENDANT**

## ORDER

Pending is the parties' joint motion to dismiss. (Docket # 11). For good cause shown, the motion is GRANTED. The case is hereby DISMISSED WITH PREJUDICE. The Clerk is directed to close the case.

IT IS SO ORDERED this 7th day of September, 2021.

_____
James M. Moody Jr.
United States District Judge

1